**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Charles Claude Carlton v. The State of Texas

Appellate case number:    01-13-00700-CR, 01-3-00701-CR, and 01-13-00702-CR

Trial court case number:   868139, 868140, and 873521

Trial court:             248th District Court of Harris County

Date motion filed:       March 6, 2014

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **DENIED.**

Judge's signature: /s/ Terry Jennings
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Higley, and Sharp

Date: April 22, 2014